

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT 1:14CR438 |
| Plaintiff, ) | CASE NO. |
| ) | JUDGE PEARSON |
| v. ) | |
| RYAN D. MALONE, ) | Title 18, Sections 922(g)(1) and |
| VIRGIL COOPER, ) | 924(a)(2), United States Code |
| Defendants. ) | |

## COUNT 1

The Grand Jury charges:

On or about November 4, 2014, in the Northern District of Ohio, Eastern Division, Defendant RYAN D. MALONE, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felon in Possession of a Firearm, in Case Number 1:06CR306, in the U.S. District Court, Northern District of Ohio, on or about January 3, 2007; and, Drug Trafficking with Schoolyard and Firearm Specifications, in Case Number CR-06-483164, in the Cuyahoga County Court of Common Pleas, on or about January 5, 2007, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Glock, model 19, 9mm semi-automatic pistol, serial number FZR569, and ammunition, said firearm and

ammunition having been shipped in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2

The Grand Jury further charges:

On or about November 4, 2014, in the Northern District of Ohio, Eastern Division, Defendant VIRGIL COOPER, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Rape, in Case Number CR-03-443136, in the Cuyahoga County Court of Common Pleas, on or about March 24, 2004; and, Burglary and Felonious Assault with Firearm Specification, in Case Number CR-00-397637, in the Cuyahoga County Court of Common Pleas, on or about December 22, 2000, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Fabrinor pistol, model Firestorm, .45 caliber semi-automatic pistol, serial number obliterated, and ammunition, said firearm and ammunition having been shipped in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original Document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.