# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:14CR0438 |
| Plaintiff, | : | |
| | : | JUDGE BENITA Y. PEARSON |
| -vs- | : | |
| RYAN D. MALONE, | : | **DEFENDANT'S SUPPLEMENT** |
| | : | **TO SENTENCING MEMORANDUM** |
| Defendant. | : | |

Defendant, through counsel, hereby submits the attached letters of support for the Court's consideration at his sentence hearing.

Respectfully Submitted,

*/s/Darin Thompson*
DARIN THOMPSON (#0067093)
Assistant Federal Public Defender
Office of the Federal Public Defender
1660 W. Second St., Ste 750
Cleveland, Ohio 44113
Phone: (216) 522-4856  Fax: (216) 522-4321
Email:  darin_thompson @fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2015, copy of the foregoing Supplement to Defendant's Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                          /s/*Darin Thompson*
                                          DARIN THOMPSON (#0067093)
                                          Assistant Federal Public Defender