6-24-15

Honorable Pearson;

My name is Laverne Henrey. I'm like a second mom to Ryan and i want to thank you for taking the time to read my letter. In regards to Ryan Malone..

Ryan is not a bad person. He has a heart of gold and is loved and missed by many very deeply. Ryan plays a big part in my family, he's supportive, loving, caring, humble and understanding..

Ryan has a GED and also a trade in Asbestos Removal which was very hard to find work but he continued to try. He's a father to a beautiful 2 year old daugther whom with out understanding, love and miss dearly..

He's an amazing father who would go above and beyond to make her happy.

Your Honor; im not saying he should'nt be punished, but i would like to ask if you could please consider leniency. Ryan takes full responsibility and understand that he must make amends for his actions..

This situation and the

the RECENT loss of his fAtheR MAde him see and do some SERIOUS Evaluation in his life for the better and good he can do in the UNIVERSE..

SINCERELY thank you
Harlem Henry

6·24·15

Honorable Judge Pearson,

First off I would like to thank you for your time. I'm so grateful and thankful you allowed me this opportunity, and I hope this letter reaches you in great health and spirit.

My name is Tamika Henry, I'm a care provider and soon to be Cosmetologist. I'm writing you in regards to my bestfriend of 12 years Ryan Malone, who's loved and missed dearly by many.

Your Honor, on 07·02·2015 Ryan's fate will be in your hands and I'm HUMBLY begging, hoping and praying that you have mercy and leniency when you dertermine Ryan's fate. The mistake he made not only impacted his life but the lives of many others. Ryan has so much great potential that I know he possess. I ask that you please, please, please allow us another chance sooner then later to show and prove. Since Ryan's inconceration we've became closer and I know that he's very remorseful for the mistake he's made, so we would like

IV

to apologize to the Courts, with hopes that you take these things into consideration. Though Ryan do take full accountability for his actions. I won't give up on Ryan, I see the great in him. We have big dreams and plans for our future and I promise to help Ryan continue to become a better man. I have faith in him Your Honor, and I hope that you do to.

Sincerely
J.F. Sherry soon to be Malone

Patricia Malone
6-22-15

Dear Your Honour

I'm writing you this letter in regaurds to my son Ryan D. Malone. I'm not making an excuse for his wrong doing, I just want to express how I feel about this situation. I do admit that his childhood was not the best. His father and my self were deep into bad habits, and it really affected our children. It was like we chose what we were doing over our children.

We were not involved in their lives like parents should be. I was really proud of my son when he completed the program and tried to become a model citizen. To be honest, I don't know what went wrong and I wish to God things would have been different. I've been clean for fifteen years and I'm preasantly attending Tri C College looking forward to earning my degree in Criminal Justice

Your Honour Ryan is not a bad person he sometimes just makes the wrong choices. But after every thing he has been through there is still room and time for him to prove he can be a positive citizen.

His father passed away June 6, 2015 and I know its heavy on his heart but time heals all pain. Thank you for taking the time to read this letter. Patricia Malone

Dear Your Honor, 6-22-15

I am writing you in regards to Ryan D. Malone. Ryan is my younger brother. First off, I am not writing you to portray Ryan as being an angel. I have grown up and lived with Ryan my entire life. My brother and I have a strong relationship. I practically helped raised him.

Growing up and living in poverty is very challenging. My siblings and I struggled growing up in an urban community. As a professional educator, I have a clear view and more in depth understanding of obstacles that young African American men face on a day to day basis. Not all young men have the support, guidance, stability, schooling and financial freedom to help them become successful. It is wishful thinking that everyone is strong minded and smart enough to make all of the right decisions in life. Ryan is by far a good person, one of the smartest, strongest and loving person that I have ever met. I admit, he made some bad choices in life.

Ryan was on the right track. He successfully completed a mandatory program, became a college student and earned a trade in Espestice. He humbly searched and applied for job after job. He was very patient and continuously changed his life for the better. Two years ago, Ryan was blessed with his first child. He is a great father and loves his daughter unconditionally.

I am not sure what happened or what detoured Ryan from going down the path that he was on. I wish he had made some better choices in life. Although Ryan has made choices that were not favorable in his life, I am not giving up hope. He has so much more to offer in society. I truly believe that Ryan has the potential to be a modeled citizen.

Ryan has my family and I full support when he returns to society. I am in the process of starting a family business so that I can ensure employment for Ryan. I have always been a modeled citizen in Ryan's eyes. I pray that one day I have the opportunity a second time to lead and guide Ryan toward success and being a modeled citizen. I refuse to give up on my brother because he made bad choices in life. He is far from perfect just like everyone I know.

I would like to thank you for taking the time to read this letter. I am uncertain if you are a spiritual person, but I pray that Ryan is has learned from his mistakes, continuously go down the right path and that he is born again.

Thank You

Ciera Malone