UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 15-3765

_____

Filed: May 20, 2016

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RYAN D. MALONE

    Defendant - Appellant

1:14cr438-1
BYP

# MANDATE

Pursuant to the court's disposition that was filed 04/27/2016 the mandate for this case hereby issues today. Vacated and Remanded.

COSTS: None