Ryan D. Malone
Inmate No. 30802-160
N.E.O.C.C
2240 Hubbard Road.
Youngstown, Ohio 44505

November 2, 2016

United States District Court
Office of The Clerk
Thomas D. Lambros Federal Bldg &
United States Courthouse
125 Market Street
Youngstown, Ohio 44503-1708

Dear Clerk,

    I am humbly requesting that you stamp 'FILED' and return one(1) copy back to me at the above noted address. I would also like to request that you electronically forward a copy to all parties involved. Thank you for your time and consideration.

Respectfully Yours,

*Ryan D. Malone*