UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 16-4347

_____

Filed: October 04, 2017

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RYAN D. MALONE

    Defendant - Appellant

1:14cr438 - 1
BYP

MANDATE

Pursuant to the court's disposition that was filed 09/12/2017 the mandate for this case hereby issues today.  Affirmed

COSTS:  None