MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court Northern | District of Ohio |
|---|---|
| Name (under which you were convicted): RYAN D. MALONE | Docket or Case No.: |
| Place of Confinement: U.S.P. McCreary, P.O. Box 3000, Pine Knot, KY 42635 | Prisoner No.: 30802-160 |
| UNITED STATES OF AMERICA<br><br>v. | Movant (include name under which you were convicted) RYAN D. MALONE |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
United States District Court for the Northern District of Ohio
125 Market Street, Youngstown, OH 44503

(b) Criminal docket or case number (if you know): 1:14-cr-438

2. (a) Date of the judgment of conviction (if you know): November 21, 2016

(b) Date of sentencing: July 2, 2015 (petitioner was resentenced on 11/15/2016)

3. Length of sentence: 120 months

4. Nature of crime (all counts): Felon in Possession under 18 USC § 922(g)

5. (a) What was your plea? (Check one)

    (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

N/A

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☐

N/A

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☒   No ☐
8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐
9. If you did appeal, answer the following:

   (a) Name of court: U.S. Court of Appeal for the Sixth Circuit
   (b) Docket or case number (if you know): 16-4347
   (c) Result: Judgment was affirmed
   (d) Date of result (if you know): September 12, 2017
   (e) Citation to the case (if you know): Dont know.
   (f) Grounds raised: Petitioner should not have been enhanced under USSG § 2K2.1 (B)(6)(B), and Sentence was unreasonable because the district court should have departed downward the overrepesented criminal history.

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
      If "Yes," answer the following:   N/A
      (1) Docket or case number (if you know): N/A
      (2) Result: N/A
      (3) Date of result (if you know): N/A
      (4) Citation to the case (if you know): N/A
      (5) Grounds raised: N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
   Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of court: N/A
      (2) Docket or case number (if you know):
      (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding:    N/A

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐  No ☐    N/A

    (7) Result:

    (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:    N/A

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐  No ☐

    (7) Result:    N/A

    (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:   Yes ☐  No ☐    N/A

    (2) Second petition:   Yes ☐  No ☐

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Appellate Counsel was ineffectiv e for failing to to argue that petitioner was improperly enhanced under USSG § 2K2.1(a)(4)(A).

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached Brief.

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐  No ☒  <u>I attempted to file a pro-se supplemental bnrief</u>
   (2) If you did not raise this issue in your direct appeal, explain why:
   This issue was not raised due to ineffective assistance of counsel.

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐  No ☐         N/A
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:       N/A
   Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐ N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐ N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A


GROUND TWO: Attorney was ineffective for failing to raise that petitioner was improperly enhanced under USSG § 4A1.1(d) since his Ohio Post Release control was voided by the State.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attached Brief.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒ Attempted to raise it in a pro-se supplemtal brief.

(2) If you did not raise this issue in your direct appeal, explain why:

It was not raiesed due to ineffective assistance of counsel.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐            N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:     N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:     N/A

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐
         N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐     N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:     N/A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:  N/A

GROUND THREE:  N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) Direct Appeal of Ground Three:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐  No ☐    N/A
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐  No ☐
  (2) If your answer to Question (c)(1) is "Yes," state:  N/A
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):
  Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑  No ❑          N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

nN/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

GROUND FOUR:          N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) Direct Appeal of Ground Four:  N/A

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ❏ No ❏
    (2) If you did not raise this issue in your direct appeal, explain why:

                  N/A

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ❏ No ❏
    (2) If your answer to Question (c)(1) is "Yes," state:  N/A
    Type of motion or petition:
    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):
    Date of the court's decision:  N/A
    Result (attach a copy of the court's opinion or order, if available):


    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ❏ No ❏
                  N/A
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ❏ No ❏
    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
        Yes ❏ No ❏  N/A
    (6) If your answer to Question (c)(4) is "Yes," state:
    Name and location of the court where the appeal was filed:

                  N/A

    Docket or case number (if you know):
    Date of the court's decision:
    Result (attach a copy of the court's opinion or order, if available):  N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Petitioner has attempted to raise both issues raised in this motion in a pro-se supplemental brief to the Court of Appeals. The brief was not accepted, so the issues have never been adjudicated.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐ No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea:   Darin Thompson, Fed. Public Defender, 750 Skylight Office Tower, 1660 W. Second Street, Cleveland, OH 44113

(c) At trial:   The Same.

(d) At sentencing:   The Same.

    (e) On appeal: Vanessa F. Malone, Fed. Public Defender, 700 Akron Center Plaza, 50 South MaIN Street, Akron, OH 44308

    (f) In any post-conviction proceeding:     N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding:

        N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:     N/A

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:     N/A

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐   No ☐

        N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*    This § 2255 petition is being filed within one year of the decision of the Court of Appeals, therefore it is timely.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:
All of the relief requested in the attached brief, and any additional relief that this court deems just and proper.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on __10-24-17__ (date).

_Ryan D. Malone_
Ryan D. Malone
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.