From:

Ryan D. Malone
Reg. No. 30802-160
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635

To:

Office of the Clerk
United States Courthouse
125 Market Street, Room 337
Youngstown, Ohio 44503

Date: October 28, 2017

RE: United States v. Malone, Case No. 1:14-cr-438

Dear Cler's Office:

    I am humbly requesting that you file the enclosed § 2255 motion in your court and return one copy back to me at the above noted address.

    Thank you for your time and construction.


Respectfully Submitted:

                                                      */s/ Ryan D. Malone*
                                                      Ryan D. Malone