FILED
APR 25 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

4-22-18

From: Ryan Malone #30802-160
F.C.I Gilmer
P.O Box 6000
Glenville, WV 26351

To: Office of The Clerk
U.S. District Court
Thomas D. Lambros Fed. Bldg
United States Courthouse
125 Market Street.
Youngstown, Ohio 44503

RE: United States v. Malone
Case No. 1:14-cr-438
Civil No. 1:17-cv-2290-BYP

"NOTICE OF CLARIFICATION TO SUPPLEMENT PETITION PURSUANT TO FEDERAL. RULE. CIV. P. 15 (d)"

Dear Clerk,

Please be advised that pursuant to the order which was issued by The Honorable Judge Benita Y. Pearson, on 4-9-18, it is my intention to have my issue heard as a 'Supplemental Pleading' as set out above.

In addition, I am humbly requesting that you return a copy of this notice to me verifying that it has been docketed for this court's record.

I would like to thank you in advance for your time and consideration, it is greatly appreciated.

Respectfully Submitted,

Ryan Malone