UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RYAN D. MALONE, ) | Case No. 1:17-cv-2290 |
| Petitioner, ) | (1:14-cr-438) |
| ) | |
| v. ) | MOTION FOR LEAVE TO AMEND THE PLEADINGS |
| ) | BY SUPPLEMENTING THE CLAIMS ALREADY RAISED |
| UNITED STATES OF AMERICA, ) | TO PREVENT MANIFEST INJUSTICE IN THE CASE |
| ) | |
| Respondent. ) | Fed.R.Civ.P. 15(a) |

Comes now Ryan D. Malone, Petitioner, pro se, to respectfully move this Honorable Court to permit him to amend the pleadings already on file in this collateral motion, where prevailing case law from the Supreme Court has cause a substantive change in controlling law that, in the iterests of justice, demonstrate the charges under which he was charged are ones the Government cannot constitutionally prosecute an individual, under the totality of the circumstances that will be presented in the proposed amended pleadings in this collateral attack.

Petitioner asserts that leave to so amend should be given, where the Supreme Court, in **Foman v. Davis**, 371 U.S. 178 (1962), held that leave should be freely given "when justice requires," **id.**, at 182, except in cases involving "undue delay, bad faith or dilatory motice on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, under prejudice to the opposing party by virtue of allowance of the amendment, futility of amendments, etc." See, e.g., **Lamb v. Wilson**, 2018 U.S.App. LEXIS 1016, at * 12 (6th Cir. 2018)(citing **Foman, supra.**

Petitioner asserts the amendment proposed will not be for any of the exceptions that would preclude the Court from accepting the amended pleadings, and allowing the Government to respond to the amended pleadings that would show this

-1-

Court, and the Government, that the prosecution of this case was unconstitutional, under the principles to be presented in the amended pleadings.

Because the amended pleadings are in the early stages of preparation, Petitioner would request the Court grant an extension of time, up to July 22, 2018, for the submission of the amended pleadings, since the Government has already proferred its answer to the original motion, but there has been no recommendation on the part of the U.S. Magistrate, and, therefore, Petitioner would ask a stay be granted until he can submit his amended pleadings for consideration by the Court, where, "[t]o perform its high function in the best way 'justice must satisfy the appearance of justice,'" In re Murchison, 349 U.S. 133, 136 (1955), where, as will be shown in the amended pleadings, "the "appearance of evenhanded justice is at the core of due process."" Mayberry v. Pennsylvania, 400 U.S. 455, 469 (1971).

Conclusion

Wherefore premises considered, this motion should be granted in all respects, express and implied, with the extension of time to submit the amended pleadings be on or before July 22, 2018.

Dated: __July 3rd_____, 2018.

Respectfully submitted,

_Ryan D. Malone_
RYAN D. MALONE, #30802-160
Petitioner-Movant pro se
FederalCorrectional Institution-Gilmer
P.O. Box 6000
Glenville, WV 26351-6000

Certificate of Service

I hereby certify that a copy of the foregoing motion to amend the pleadings, etc., was served, by first class mail, on this 3rd day of July, 2018, on:

The United States Attorney
Northern District of Ohio
801 Superior Ave., Ste. 400
Cleveland, OH 44113

*Ryan D. Malone*
RYAN D. MALONE, Petitioner pro se