PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| RYAN D. MALONE, | ) |
| | ) CASE NO. 1:17CV2290 |
| Petitioner, | ) [1:14CR438] |
| | ) |
| v. | ) |
| | ) JUDGE BENITA Y. PEARSON |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) **ORDER OF DISMISSAL** |

The Court, having filed its Memorandum of Opinion and Order, hereby dismisses Petitioner's Section 2255 Motion to Vacate with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

October 31, 2018  /s/ Benita Y. Pearson
Date  Benita Y. Pearson
  United States District Judge