Date: November 8, 2018

FROM: Ryan D. Malone #30802-160
FCC Beaumont - Medium
P.O. Box 26040
Beaumont, TX 77720-6040

TO: Office of the Clerk
U.S. District Court
Thomas D. Lambros Fed. Bldg.
United States Courthouse
125 Market Street
Youngstown, Ohio 44503

RE: 'Notice of Change of Address'
Case No. 1:14-cr-438

Dear Clerk,
    I am requesting that you place my new address on file with the Court. The new address is as addressed above. I would like to thank you in advance.

Respectfully Submitted,
Ryan D. Malone

FILED
NOV 13 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Mr. Ryan D. Malone #30802-160
FCC Beaumont - Medium
P.O. Box 26040
Beaumont, TX 77720-6040

NORTH HOUSTON TX 773
09 NOV 2018 PM 1 L

Office of the Clerk
U.S. District Court
125 Market Street.
Youngstown, Ohio 44503

44503-178799