IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAN 3 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

RYAN D MALONE

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CASE NO: 1:14CR438
1:17CV2290

Notice of Appeal:

## NOTICE OF APPEAL

To The Honorable Judge Of Said Court:

Comes Now, before this Court, Ryan D. Malone (herein after) Malone, proceeding pro-se, hereby gives Notice of Appeal to this United States District Court hereby Appeals to the United States Court of Appeals for the Sixth Circuit, form the Order entered herein on October 31, 2018. (Doc No 154).

Malone, states that this "Notice of Appeals" is been filed pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure- Appeal in a Civil Case.

Malone further states, that he was transfered, form FCI, Gilmer, West Vergina on or about October 23, 2018. therefore, he did not receive this Court' "Order" dening his motion pursuant to 28 U.S.C. § 2255, until December 13, 2018. at FCI Beaumont, where he was transfered to.

Respectfully Submitted:
Ryan D. Malone
Ryan D. Malone, Reg # 30802-160
Pro-Se

1

CERTIFICATE OF SERVICE

I, Ryan D. Malone, do hereby state under the penalty of perjury under 28 U.S. C. § 1746 that I have the same day served the United States District Court for the Northern District of Ohio by mailing such throught the United States Postal Sevice, with adequet U.S. postage afixed and addressed as follows, to.
the United States District Court Clerk's Office, Northern District of Ohio, 125 Market Street, Suite 337, Youngstown Ohio. 44503.

Malone hereby files this "Notice Of Appeals" pursuant to the prison mailbox rule. Under the prison mailbow rule, a prisoner's pleading is deemed filed on the date on which it is submitted to prison authories for mailing. See Houston v. Lack 487 U.S. 266, 270-72, 108 S. Ct. 2379, 101 L E.d 2d. 245(1988).

Submitted on this date, 12-26-16

Respectfully Submitted:

Ryan D. Malone

Ryan D. Malone, # 30802-160
Pro-Se.
Beaumont Med:
P.O. Box, 26040
Beaumont Tx, 77720

SUBSCRIBED AND SWORN to before me this 26 day December 2018.

_____
Signature of Notary Public

My Commission Expires: ___/___/_____.

_____, CASE MANAGER,
Authorized by the Act of July 7, 1955, as amended,
to administer oaths (18 U.S.C. § 4004).