UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

FILED
JAN 3 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| Ryan D. Malone, | §Case No.1:14-CR-438 |
| Affiant, | §Civil No.1:17-CV-2290 |
| v. | §Affidavit |
| UNITED STATES OF AMERICA | § |
| Respondent, | § |

## AFFIDAVIT

COMES NOW, Ryan D. Maloone, ("hereafter Affiant Malone"), proceeding pro se, brings this Affidavit. Malone states that the following is true under the penalty of perjury 28 U.S.C. §1746 to the best of his knowledge.

1. Affiant Malone states that he was transferred from FCI Gilmore, West Virginia, on or about October 23, 2018:

2. Affiant Malone states he arrived at FCI Beaumont, Texas on or about October 29, 2018:

3. Affiant Malone states that the denial of his 28 U.S.C. §2255 motion was sent to FCI Gilmore, and later forwarded to FCI Beaumont;

4. Affiant Malone states that he did not receive the denial of his 28 U.S.C. §2255 motion until December 13, 2018.

Affiant Malone states that the following is true under the penalty of perjury, 28 U.S.C. §1746.

Respectfully Submitted,

Ryan D. Malone
Ryan D. Malone

SUBSCRIBED AND SWORN to before me this 26 day of December 2018.

_____, CASE MANAGER,
Authorized by the Act of July 7, 1955, as amended,
to administer oaths (18 U.S.C. § 4004).

_____
Signature of Notary Public

My Commission Expires: ___/___/_____.