CERTIFICATE OF SERVICE

I, Ryan D. Malone, do hereby state under the penalty of perjury under 28 U.S.C. §1746, that I have this same day served the United States District Court for the Northern District of Ohio by mailing such in the U.S. Mail Service with 1st class prepaid postage affixed and addressed as follows;

United States District Court
Northern District of Ohio
125 Market Street, Room 337
Youngtown, Ohio 44503

Respectfully Submitted,

*Ryan D. Malone*
Ryan D. Malone