Ryan D. M
FC
P.O Box 26040
Beaumont, TX 77720

RECEIVED
JAN - 3 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

U.S. POSTAGE PAID
FCM LG ENV
BEAUMONT, TX
77707
DEC 31, 18
AMOUNT
$0.00
44503-1780    R2304E106127-1

⇔30802-160⇔
Clerk Of The Court
United States Courthouse
125 Market ST
Thoms. D. Lamb.Fed Bld.
Youngstown, OH 44503-1780
United States

CERTIFIED MAIL
7016 3560 0000 7296 3751

56

Date 12/31/18
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which facility has justification, you may return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the below address.
Mail Room
Satellite Prison Camp
P.O. Box 26025
Beaumont, TX 77720